# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 9, 2015

### NO. 03-15-00260-CV

**Marcelino M. Gil, Appellant**

**v.**

**Rissie Owens, Chairperson, Texas Board of Pardons and Paroles, Appellee**

## APPEAL FROM 201ST DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
## DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the order signed by the district court on April 10, 2015. Having reviewed the record, it appears to the Court that appellant has failed to prosecute his appeal by paying or making arrangements to pay for the clerk's record. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.